JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINN DOOSE,<br><br>                     Plaintiff,<br><br>        v.<br><br>THE UNITED STATES TREASURY DEPARTMENT, OFFICE OF THE CONTROLLER [SIC] OF CURRENCY, COMMISSIONER OF INTERNAL REVENUE SERVICE, CURRANT [SIC] ATTORNEY GENERAL TAX DIVISION, CHIEF COUNSEL INTERNAL REVENUE SERVICE, OFFICE OF THRIFT SUPERVISION, RESOLUTION TRUST CORPORATION, FEDERAL DEPOSIT CORPORATION [SIC], and DOES 1-8,<br><br>                     Defendants. | No.   CV 15-5787 PA (AJWx)<br><br>JUDGMENT |

In accordance with the Court's January 13, 2016 Minute Order dismissing with prejudice the Complaint filed by plaintiff Ginn Doose ("Plaintiff") against the United States Treasury Department, Office of the Controller [sic] of Currency, Commissioner of Internal Revenue Service, Currant [sic] Attorney Gerneral Tax Division, Chief Counsel Internal

Revenue Service, Office of Thrift Supervision, Resolution Trust Corporation, Federal Deposit Corporation [sic], and Does 1-8 (collectively "Defendants");

It is therefore now ORDERED, ADJUDGED, AND DECREED that:

1. Plaintiff take nothing;
2. The action is dismissed with prejudice; and
3. Defendants shall have their costs of suit.

DATED: January 13, 2016

**JS-6**

_____
Percy Anderson
United States District Judge

-2-